[No. 31858-0-II. Division Two. May 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JUSDON EDWIN MOUNTS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-00950-4, Frederick W. Fleming, J., entered June 18, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32355-9-II. Division Two. May 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW LOUIS DULISSE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02712-1, Frank Cuthbertson, J., entered October 11, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 32481-4-II. Division Two. May 16, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH DANIEL REYES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00794-5, Christine A. Pomeroy, J., entered October 29, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 32890-9-II. Division Two. May 16, 2006.]

*In the Matter of the Marriage of* JEFFREY E. SNELL, *Respondent,* and KARYN L. SNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-3-00868-1, Ronald E. Culpepper, J., and Marc Christianson, J. Pro Tem., entered January 13, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Van Deren, JJ.